Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DSW SHOE WAREHOUSE, INC., a Missouri corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 4:19-cv-03720-DMR<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Kyo Hak Chu ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves a right to reopen within thirty (30) days if a settlement is not finalized.

Dated: September 5, 2019                              Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, September 5, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: September 5, 2019    */s/ Thiago M. Coelho*
                            Thiago M. Coelho